# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD STARWOOD

NO. 2023 KW 0835

**NOVEMBER 9, 2023**

---

In Re:   Ronald Starwood, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-04461.

---

BEFORE:   **THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED AS PREMATURE.** This court will not intervene in a proceeding where the applicant has not allowed sufficient time for the trial court to respond.

                              **MRT**
                              **AHP**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT